ACCEPTED
12-15-00236-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/3/2015 11:05:54 AM
Pam Estes
CLERK

## No. 12-15-00236-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/3/2015 11:05:54 AM
PAM ESTES
Clerk

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

**DOWTECH SPECIALTY CONTRACTORS, INC.,**
*Appellants*

**V.**

**CITY OF NACOGDOCHES
AND AEROMIX SYSTEMS INC.**
*Appellees*

Appeal from Cause No. C1228865
In the 145th District Court of Nacogdoches County, Texas

**UNOPPOSED MOTION
FOR
EXTENSION OF TIME TO FILE BRIEF**

**EXPEDITED RULING REQUESTED**

TO THE HONORABLE COURT OF APPEALS:

Appellant, Dowtech Specialty Contractors, Inc. requests that this Court grant Appellant an extension of time to file its opening brief and would shows as follows:

Appellee is the City of Nacogdoches. Appellee is unopposed to this motion.

The current deadline to file Appellant's Brief is December 10th, 2015. This motion is filed on December 3, 2015 and is therefore timely. The following are independent grounds on which to grant the extension.

**OPPORTUNITY TO SETTLE CASE**

In November 2015, Appellee's counsel contacted the undersigned and informed him that Rob Atherton, who has been the City Attorney for Nacogdoches for over 30 years, will be retiring at the beginning of the new year. Appellee's counsel requested that Appellant make a reasonable settlement offer to resolve this matter, indicating that the best time to settle the case would be before Mr. Atherton retires. He indicated that Mr. Atherton is a very experienced city attorney and is already familiar with this case. Both parties agreed that upon his retirement it will more difficult to resolve the case. This is because the new city attorney will have to become familiar with the parties and the file, and will likely be preoccupied with the process of assuming the new position.

Thus, it would be an effective use of judicial resources to attempt to settle this case between now and the end of the year. It would be a waste of resources if Appellant was required to draft its

opening brief, only to have settled the case shortly thereafter. Appellees is already familiar with the grounds for the appeal, as this is an appeal of a summary judgment. If this extension is granted, Appellant will make a good faith attempt to settle this matter prior to the end of the year.

**SCHEDULING CONFLICTS**

The undersigned is counsel in *Joe and Brenda Moore v. Oak Creek Homes, LP and 21st Mortgage Corporation*; in the 259th Judicial District Court, Jones County, Texas (Cause No. 022737). In that case, the undersigned is faced with an unexpected hearing in Anson, TX on December 8, 2015.

The case is hotly contested and was set for trial on December 15, 2015. Although the parties agreed to continue the trial setting, in November the opposition filed an unexpected mandamus action and a motion to stay the proceeding. They also filed a motion to enforce an arbitration agreement. The two trial court matters have been set for hearing on December 8, 2015.

Because it is necessary for the undersigned to spend a significant amount of time to respond and prepare, the December 8,

setting renders the undersigned unable to adequately prepare and complete Appellant's brief in this case by December 10.

Due to the need for certainty, Appellant hereby requests that this Court rule and notify the parties prior to the close of business on December 4, 2015.

WHEREFORE, APPELLANT PRAYS that this Court grant Appellant an extension to file its brief to and including the 10th day of January, 2016.

Respectfully submitted,

LAW OFFICE OF BLAKE C. NORVELL
37 Cypress Point St.
Abilene, Texas 79606
325-695-1708 telephone
325-695-1708 facsimile

/s/ Blake Norvell

By: _____

Blake C. Norvell
State Bar No. 24065828

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Tom Berlanger (by and through his legal assistant) and have been informed that he is UNOPPOSED to Appellant's Motion for Extension of Time to File Brief.

LAW OFFICE OF BLAKE C. NORVELL
37 Cypress Point St.
Abilene, Texas 79606
325-695-1708 telephone
325-695-1708 facsimile

/s/ Blake Norvell

By: _____

Blake C. Norvell
State Bar No. 24065828

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on December 3, 2015, I served a copy of UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF on the parties listed below by electronic service and that the electronic transmission was reported as complete.  My e-mail address is norvell2007@gmail.com.

LAW OFFICE OF BLAKE C. NORVELL
37 Cypress Point St.
Abilene, Texas 79606
325-695-1708 telephone
325-695-1708 facsimile


            /s/ Blake Norvell
By: 
Blake C. Norvell
State Bar No. 24065828

**ATTORNEY FOR APPELLANT**


Tom Belanger
TX Bar No. 02060400
ADAMS, BELANGER, & LoSTRACCO, P.C.
305 E. Main St. Nacogdoches, TX 75961
936-564-4315 telephone
936-560 – 0280 facsimile